FILED
2006 NOV 16 AM 10: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK RICHARDSON,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>GIURBINO, GRANNIS, CABRRERA, THORNTON, JONES, LIZARREA, RODRIGUEZ, FLOOD, CAMARGO, METTLER, PERDOMO, COOK, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 04cv0914-LAB (CAB)<br><br>**ORDER DENYING THIRD REQUEST FOR ENLARGEMENT OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>[Dkt No. 52] |

　　　This prisoner civil rights matter is before the court on plaintiff Derrick Richardson's third request for an extension of time to file a First Amended Complaint. Richardson's Complaint was dismissed without prejudice by this court's Order, entered April 13, 2006, adopting the Report and Recommendation of Magistrate Judge Cathy Ann Bencivengo. That Order set a deadline of May 12, 2006 by which Richardson was to file a First Amended Complaint to remedy the deficiencies identified in the Report and Recommendation. The Order expressly advised Richardson that "[f]ailure to timely file a First Amended **Complaint *will result* in dismissal of this action with prejudice.**" Dkt No. 46 (emphasis added).

　　　On May 8, 2006, Richardson filed a request for a 90-day extension of time to file his First Amended Complaint. Dkt No. 48. On July 19, 2006, he filed a request for a 60-day extension of time. Dkt No. 50. By Order entered October 26, 2006, Judge Bencivengo granted both requests, noting that he had already received all the additional time he had requested, but giving him an additional month

extension, to November 27, 2006, to file his First Amended Complaint. Richardson was expressly admonished: "Failure to timely file a First Amended Complaint *will result* **in dismissal of this action with prejudice**." Dkt No. 51 (emphasis added).

On November 13, 2006, Richardson filed a third request, captioned "Request For Final Enlargement Of Time To File First Amended Complaint," seeking a new extended deadline of December 22, 2006. Dkt No. 52. In each of his three extension requests, he has relied on the excuse of restricted access to the law library, a situation he characterizes as "extraordinary circumstances" justifying relief from the latest deadline. The instant request recites a purported November 3, 2006 incident between guards and inmates which resulted in a lockdown, preventing library access. However, that timing does not constitute good cause for missing yet another extended deadline set to expire less than four weeks later when he has been on notice since April 2006 that leave to file a First Amended Complaint was governed by formal deadlines of which his communications with the court substantiate he is fully aware.

Accordingly, **IT IS HEREBY ORDERED** Richardson's request for an extension of the November 27, 2006 deadline to file a First Amended Complaint is **DENIED**. If a First Amended Complaint is not timely filed, the court will enter an Order dismissing this case in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: 11-15-06

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge