UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK RICHARDSON,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>GIURBINO, GRANNIS, CABRRERA, THORNTON, JONES, LIZARREA, RODRIGUEZ, FLOOD, CAMARGO, METTLER, PERDOMO, COOK, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 04cv0914-LAB (CAB)<br><br>**ORDER DISMISSING COMPLAINT** |

　　　On November 16, 2006, the court denied prisoner civil rights plaintiff Derrick Richardson's ("Richardson") third request for an extension of time to file a First Amended Complaint. He had been given a deadline of May 12, 2006 to file a First Amended Complaint in the court's April 13, 2006 Order dismissing his Complaint without prejudice. That Order expressly advised Richardson that "[f]ailure to timely file a First Amended **Complaint *will result* in dismissal of this action with prejudice**." Dkt No. 46 (emphasis added). On May 8, 2006, Richardson filed a request for a 90-day extension of time to file his First Amended Complaint. Dkt No. 48. On July 19, 2006, he filed a request for a 60-day extension of time. Dkt No. 50. By Order entered October 26, 2006, Judge Bencivengo granted both requests, noting that he had already received all the additional time he had requested, but giving him an additional month extension, to November 27, 2006, to file his First Amended Complaint. Richardson was again expressly admonished: "Failure to timely file a First

1  Amended Complaint *will result* **in dismissal of this action with prejudice**." Dkt No. 51 (emphasis
2  added).

3      For the reasons discussed in this court's November 16, 2006 Order, the court denied his third
4  request for yet more time.  Dkt No.53.  The deadline of November 27, 2006 accordingly remained in
5  effect.  The court admonished Richmond that if First Amended Complaint was not timely filed, the
6  court would enter an Order dismissing this case in its entirety, with prejudice.  Richardson has not filed
7  a First Amended Complaint as of the date of this Order.  Accordingly, **IT IS HEREBY ORDERED**
8  this case is dismissed in its entirety as to all claims and all parties, with prejudice.

9      **IT IS SO ORDERED**.

10  DATED: December 12, 2006

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge