# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Richardson

V.

Giurbino, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04cv914-LAB(CAB)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this case is dismissed in its entirety as to all claims and all parties, with prejudice.................................

| December 15, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk

ENTERED ON December 15, 2006

04cv914-LAB(CAB)